**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL ARTHUR HELEVA,  : No. 66 MM 2019

Petitioner  :

v.  :

HON. P.J. PATTI-WORTHINGTON,  :
ELMER D. CHRISTINE JR., ESQ.,  :

Respondents  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the "Motion for Mandamus at Issue to Open and Strike Fraudulent Conviction as Void" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.